Murel Trowbridge, a Minor, by Gladys Trowbridge, His Mother and Next Friend, Appellant, v. Norman C. Barry et al., Defendants, Norman C. Barry, Appellee.

Gen. No. 47,244.

First District, Second Division.
May 20, 1958.
Released for publication June 18, 1958.

DeWolfe & DeWolfe, and Thomas B. Mackie (John C. DeWolfe and Thomas B. Mackie, of counsel) for plaintiff-appellant; Rothschild, Hart, Stevens & Barry (Isaac S. Rothschild, and Norman J. Barry, of counsel) for defendant-appellee, Norman C. Barry. Opinion by JUSTICE MURPHY. **Not to be published in full.**